IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FREDRICK NICHOLSON**                                                **PLAINTIFF**

**v.**                              **CAUSE NO. 1:19cv66-LG-RHW**

**ZIMMER BIOMET HOLDINGS, INC., ET AL.**            **DEFENDANTS**

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court sua sponte for consideration of dismissal. In the Court's [2] Order to Show Cause, Plaintiff Nicholson was advised that he was required to show cause why there had been no service of process on Defendants within ninety days of filing the complaint. At the time, slightly more than three months had elapsed since the filing date, and there was no activity on the docket. There was no response to the show cause order or any other communication from Plaintiff. Under these circumstances, Federal Rule of Civil Procedure 4(m) requires the Court to dismiss the action without prejudice against the defendants who were not served within ninety days.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 14th day of June, 2019.

                                           s/ *Louis Guirola, Jr.*
                                           LOUIS GUIROLA, JR.
                                           UNITED STATES DISTRICT JUDGE